**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION**

| | |
|---|---|
| SKULL SHAVER, LLC, )<br><br>Plaintiff, )<br><br>vs. )<br><br>THE CUT BUDDY, )<br><br>Defendant. ) | Case No. 1:26-CV-274-WO-JGM |

## <u>**NOTICE OF APPEARANCE**</u>

Samuel Alexander Long, Jr. of the law firm of Shumaker, Loop & Kendrick, LLP hereby gives notice to the Court and the parties of his appearance as counsel of record for Plaintiff Skull Shaver, LLC.

This the 16th day of April, 2026.

Respectfully submitted,

<u>*/s/ Samuel Alexander Long, Jr.*</u>
Samuel Alexander Long, Jr. (N.C. Bar No. 46588)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon St., Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: 704-945-2911
Fax: 704-332-1197
Email: along@shumaker.com

*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Samuel Alexander Long, Jr.
Samuel Alexander Long, Jr. (N.C. Bar No. 46588)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon St., Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: 704-945-2911
Fax: 704-332-1197
Email: along@shumaker.com